**Order entered June 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00332-CR

**JAMES ANTHONY KIRVIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 060407-59**

## ORDER

The Court **GRANTS** appellant's June 12, 2013 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE